

**FILED**
OCT 0 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case No.  **'07 MJ 8817** |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |
| Miguel ROSALES-Pesqueda, | ) | |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about September 28, 2007, within the Southern District of California, defendant Miguel ROSALES-Pesqueda, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF OCOTBER 2007.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

I, Senior Border Patrol Agent Michael Mikuski declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent D. Blake, that the defendant, Miguel ROSALES-Pesqueda, a native and citizen of Mexico was found and arrested on or about September 28, 2007 approximately seven (7) miles east of Calexico, California.

At approximately 5:45 PM the Calexico Border Patrol Station's Remote Camera Operator (RVSS) observed a group illegally enter the United States east of Calexico, California. The RVSS Operator notified Agent Blake that the group loaded into a vehicle. As the vehicle returned back south through the Calexico East Port of Entry, several individuals exited the vehicle while still north of the International Boundary with Mexico. Agent Blake encountered one individual, later identified as Miguel ROSALES-Pesqueda, in the area. Agent Blake questioned ROSALES and determined that he is a citizen of Mexico illegally in the United States. ROSALES was arrested and transported to the Calexico Station.

During processing at the station, ROSALES identified himself to Agents as Irma Ramirez. ROSALES' fingerprints were entered into the IDENT/IAFIS system. It was determined that his true name is Miguel ROSALES-Pesqueda and an Immigration Judge had previously deported ROSALES to Mexico on February 19, 1992.

A further records check of ROSALES revealed he has an extensive Immigration and criminal history. At approximately 10:59 p.m. ROSALES was informed of his Miranda Rights.

There is no evidence ROSALES has sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being deported

Executed on September 29, 2007, at 4:05 PM.

Michael Mikuski
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable Cause to believe that the defendant named in this probable cause statement committed the offense on September 28, 2007 in violation of Title 8, United States Code, 1326

Ruben Brooks
United States Magistrate Judge

9/29/2007 at 4:50 p.m.
Date/Time