AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ KRIS J. KRAUS

| Date | Signature |

Print Name                                                          Bar Number

Address

City                              State                        Zip Code

Phone Number                                                        Fax Number