'07 OCT 30 PM 12: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'07 CR 2970 W

UNITED STATES OF AMERICA,        )   Criminal Case No. _____
                                 )
              Plaintiff,         )   I N D I C T M E N T
                                 )
         v.                      )   Title 8, U.S.C., Secs. 1326(a)
                                 )   and (b) - Attempted Entry After
MIGUEL ROSALES-PESQUEDA,         )   Deportation
   aka Irma Ramirez,             )
                                 )
              Defendant.         )
_____)

The grand jury charges:

On or about September 28, 2007, within the Southern District of California, defendant MIGUEL ROSALES-PESQUEDA, aka Irma Ramirez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

JJO:fer:San Diego
10/29/07

1  border from Mexico into the United States, that was a substantial step
2  toward committing the offense, all in violation of Title 8, United
3  States Code, Sections 1326(a) and (b).
4      It is further alleged that defendant MIGUEL ROSALES-PESQUEDA,
5  aka Irma Ramirez, was removed from the United States subsequent to
6  January 31, 1986.
7      DATED: October 30, 2007.
8                                          A TRUE BILL:
10                                          _____
                                            Foreperson
11
12  KAREN P. HEWITT
    United States Attorney
13
14  By: _____
        JOSEPH J.M. ORABONA
15      Assistant U.S. Attorney